# U N I T E D   S T A T E S   B A N K R U P T C Y   C O U R T

## CENTRAL DISTRICT OF CALIFORNIA

---

### NOTICE OF INTENT TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO
PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS:
(1) OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY IN INTEREST; AND
(2) THE COURT ISSUES ITS ORDER DISALLOWING THE CLAIM.

IN RE:   JAMES B EUSSE
         35 VOLTA DEL TINTORI ST.
         LAKE ELSINORE, CA 92532

IN THE MATTER OF:
JAMES B EUSSE
35 VOLTA DEL TINTORI ST.
LAKE ELSINORE, CA  92532

DATE: 5/9/2011

Case No. 6:10-bk-48655-DS

---

| COURT CLAIM# | CREDITOR NAME | AMOUNT SCHEDULED | AMOUNT OF CLAIM | ACCOUNT | CRED CLASS | TRUSTEE CLAIM# |
|---|---|---|---|---|---|---|
| | Alpat Co Inc | $219.00 | NOT FILED | 4901 | U | 1 |
| 01 | ALTURA CREDIT UNION | $220.00 | $220.45 | 6965 | U | 2 |
| | BAC HOME LOANS SERVI | $76,708.00 | NOT FILED | 8988 | U | 3 |
| | BOTTOM LINE BOOKS | $48.00 | NOT FILED | 9323 | U | 4 |
| | Bureau Of Collection | $1,904.00 | NOT FILED | 5754 | U | 5 |
| 05 | ECAST SETTLEMENT COR | $8,540.00 | $8,540.18 | 4456 | U | 6 |
| | Childrens Place | $194.00 | NOT FILED | 6130 | U | 7 |
| | Citibank Usa | $2,876.00 | NOT FILED | 3438 | U | 8 |
| | CORONA ORTHOPEDIC | $340.00 | NOT FILED | 5970 | U | 9 |
| 07 | ASSET ACEPTANCE LLC | $1,816.00 | $2,129.89 | 8487 | U | 10 |
| | HSN COLLECTION DEPAR | $150.00 | NOT FILED | 3732 | U | 11 |
| | KOHLS | $905.00 | NOT FILED | 3152 | U | 12 |
| 08 | CHASE BANK USA, N.A. | $575.00 | $575.97 | 9558 | U | 13 |
| 12 | NAVY FEDERAL CREDIT | $19,638.00 | $19,561.37 | 6280 | U | 14 |
| | NCO FINANCIAL SYSYTE | $46.00 | NOT FILED | 9634 | U | 15 |
| 03 | OLIPHANT FINANCIAL L | $30.00 | $29.59 | 2736 | U | 16 |
| | Pinnacle Credit Seri | $798.00 | NOT FILED | 4391 | U | 17 |
| | PRIME BUSINESS SERVI | $244.00 | NOT FILED | 9090 | U | 18 |
| 04 | PROFESSIONAL COLLECI | $1,315.00 | $1,315.90 | 7923 | U | 19 |
| | Professional Collect | $852.00 | NOT FILED | 3554 | U | 20 |
| | Progressive Mgmt Sys | $545.00 | NOT FILED | 1872 | U | 21 |
| | Progressive Mgmt Sys | $214.00 | NOT FILED | 4219 | U | 22 |
| | Southwest Healthcare | $181.00 | NOT FILED | 9000 | U | 23 |
| | Trojan Profe | $566.00 | NOT FILED | | U | 24 |
| | UCSD MEDICAL CENTER | $25.00 | NOT FILED | 5110 | U | 25 |
| | VALLEY EMERGENCY MED | $15.00 | NOT FILED | 4546 | U | 26 |
| | WFCB/SMILE GENERATIO | $994.00 | NOT FILED | 9727 | U | 27 |
| 14 | JP MORGAN CHASE BANK | $92,779.00 | $99,569.92 | 8700/705401 | U | 28 |
| | Ford Motor Credit Co | $23,125.00 | PAID OUTSIDE | 6394 | S | 29 |
| 09 | FORD MOTOR CREDIT CO | $22,505.00 | PAID OUTSIDE | 4830 | S | 30 |
| 13 | IBM LENDER BUSINESS | $31,789.00 | $427,873.87 | 5727 | E | 31 |
| 11 | NAVY FEDERAL CREDIT | $25,578.00 | SURRENDERED | 0207 | S | 32 |
| | WOLF VALLEY HOA | $756.00 | NOT FILED | 0505 | S | 33 |
| 02 | AMERICAN INFOSOURCE | NOT SCHEDULED | $1,304.26 | 1369 | U | 34 |
| 06 | ASSET ACEPTANCE LLC | NOT SCHEDULED | $1,277.29 | 8510 | U | 35 |

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:10-bk-48655-DS**

| 10 | NAVY FEDERAL CREDIT | NOT SCHEDULED | $4,949.89 | 0208 | | U | 36 |
|----|--------------------|--------------|-----------|------|--|---|----|
| 11 | NAVY FEDERAL CREDIT | NOT SCHEDULED | $12,222.92 | 0207 | | U | 37 |

IF YOU BELIEVE YOU DO NOT OWE ONE OR MORE OF THE CLAIMS LISTED ABOVE, DO NOT CALL THE
TRUSTEE, CALL YOUR ATTORNEY.  THE TRUSTEE CANNOT GIVE LEGAL ADVICE. IF YOU DO NOT
TIMELY FILE AND SERVE AN OBJECTION TO THE CLAIM(S) IN ACCORDANCE WITH BANKRUPTCY LAW,
THE TRUSTEE IS UNDER A COURT ORDER TO PAY ALL CLAIMS, EXCEPT THOSE LISTED AS "NOT
FILED," "PAID OUTSIDE" OR "NOTICE ONLY."

/s/
_____
Rod Danielson, Chapter 13 Trustee


DECLARATION RE VERIFICATION OF CLAIMS REGISTER

I declare under penalty of perjury as follows:

1. That I am a citizen of the United States of America, I am over the age of 18 years,
and not a party to the within matter.

2. I am employed by Rod Danielson, Chapter 13 Trustee in this case, and by virtue of
that employment I am qualified to identify and interpret the records and documents
typically prepared and maintained in the ordinary course of a Chapter 13 case.


Dated:   5/9/2011

/s/
_____
PAULETTE ROSELI


PROOF OF SERVICE

     I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13
Trustee: I am over 18 years of age and I mailed copies of the Notice of Intent to Pay Claims,
and Declaration in support thereof, on the parties set forth below.

Executed on 5/9/2011 at Riverside, California.

/s/
_____
PAULETTE ROSELI


        JAMES B EUSSE                    DOAN LAW FIRM, LLP
        35 VOLTA DEL TINTORI ST.         25401 CABOT ROAD
        LAKE ELSINORE, CA  92532         SUITE 119
                                         LAGUNA HILLS, CA  92653